IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05 CV 359

| | | |
|---|---|---|
| NEXTEL SOUTH CORP., a Georgia Corp. | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF HUNTERSVILLE, NORTH CAROLINA | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion to reset the tentative trial date in this case. Because of scheduling changes, this trial is to be set for the **Tuesday, May 8, 2007** term of court.

So ordered.

Signed: May 18, 2006

Graham C. Mullen
United States District Judge

1